ALFRED J. KUNTZE et al., Appellants, *v.* GUARANTY TRUST COMPANY OF NEW YORK et al., Respondents.

(Submitted October 25, 1934; decided November 20, 1934.)

*John H. Mariano* for appellants.

*Milton Gould* and *Leopold Spitz* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.